IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-S-285

SIERRA CLUB, a California non-profit corporation,

   Plaintiff,

v.

CITY AND COUNTY OF DENVER, a Colorado municipal corporation,

   Defendant.

_____

ORDER TERMINATING CONSENT DECREE AND
ORDER OF DISMISSAL
_____

   The matter before the Court is the parties' Stipulated Motion for Early Termination of Consent Decree and For Dismissal (the "Motion"). The Court, having read the Motion and all related filings by the parties, and being fully advised, has determined that the Motion should be granted. Accordingly, it is

   ORDERED that the UNOPPOSED JOINT MOTION FOR TERMINATION OF CONSENT DECREE AND FOR DISMISSAL OF CASE is hereby granted.

   FURTHER ORDERED that the Consent Decree is hereby terminated and the parties are hereby released from the Court's continuing jurisdiction.

   FURTHER ORDERED that this matter is dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys fees.

Dated and entered this 15th day of October, 2008.

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge